|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |
| 3 | (HONORABLE ROGER T. BENITEZ) |

FILED
2006 OCT -4 AM 9:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-0808-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCE HEARING AND |
| | ) | ORDER THEREON |
| JOHAN ISRAEL DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed, by and between the United States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Sherri Walker-Hobson, Assistant United States Attorney, for the Southern District of California, and the defendant, JOHAN ISRAEL DIAZ,, by and through his counsel, Daniel Casillas, that:

The Sentencing Hearing in this case is to be continued from September 25, 2006, at 9:00 a.m. to December 18, 2006, at 9:00 a.m., before the Honorable Roger T. Benitez.

SO STIPULATED AND AGREED.

Dated:                                              Dated: 9-21-06
Carol C. Lam
United States Attorney, by

_____          _____
SHERRI WALKER-HOBSON                      DANIEL CASILLAS
Assistant United States Attorney          Attorney for Defendant

//
//

IT IS SO ORDERED

Dated: 10/03/06

_____
ROGER T. BENITEZ
United States District Judge